# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY GREER,<br><br>   Plaintiff,<br><br>v.<br><br>KOHL'S, INC., et al.,<br><br>   Defendant. | Case No. 2:23-cv-00871-JCM-NJK<br><br>**Order** |

This case has been removed on diversity grounds.  *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendant Kohl's Inc.'s certificate of interested parties fails to identify any party or entities' citizenship attributed to it.  *See* Docket No. 3.

Accordingly, Defendant Kohl's Inc. must file an amended certificate of interested parties by June 20, 2023, fully identifying the citizenship of any party or entity attributed to it.

IT IS SO ORDERED.

Dated: June 12, 2023

                  _____

                  Nancy J. Koppe
                  United States Magistrate Judge

---

[1]  This federal rule became effective on December 1, 2022.