UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WENDY GREER,<br><br>  Plaintiff,<br><br>v.<br><br>KOHL'S, INC., et al.,<br><br>  Defendant. | Case No. 2:23-cv-00871-JCM-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] For purposes of diversity jurisdiction, a corporation is a citizen of the state where it is incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). A corporation's principal place of business is "the place where a corporation's officers direct, control, and coordinate the corporation's activities," i.e., the corporation's "nerve center." *Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010).

Defendant Kohl's Inc.'s amended certificate of interested parties fails to fully identify any party or entity's citizenship attributed to it. *See* Docket No. 8. Accordingly, Defendant Kohl's Inc. must file a second amended certificate of interested parties by June 27, 2023, fully identifying the citizenship of any party or entity attributed to it.

IT IS SO ORDERED.

Dated: June 20, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1