1 **SAO**
BRICE J. CRAFTON, ESQ.
2 Nevada Bar No. 10558
COLTON J. WILSTEAD, ESQ.
3 Nevada Bar No. 16024
**DEAVER | CRAFTON**
4 810 E. Charleston Blvd.
Las Vegas, NV 89104
5 Brice@deavercrafton.com
Cole@deavercrafton.com
6 Tel. (702) 385-5969
Fax. (702) 385-6939
7 *Attorneys for Plaintiff,*
*WENDY GREER*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY GREER, an individual;<br><br>Plaintiff,<br>vs.<br><br>KOHL'S INC., a foreign corporation; SHARKNINJA SALES COMPANY, a foreign corporation; SHARKNINJA MANAGEMENT COMPANY, a foreign corporation; SHARKNINJA MANAGEMENT LLC., a foreign corporation; SHARKNINJA OPERATION LLC., a foreign corporation DOE EMPLOYEE; DOES I through X, inclusive; and DOE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00871-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT SHARKNINJA'S MOTION TO EXCLUDE EXPERT TESTIMONY OF STERLING ANTHONY** |

Pursuant to Local Rules IA 6-1(c), LR IA 6-2, and LR 7-1, Plaintiff WENDY GREER ("Plaintiff") and Defendants KOHL'S INC. ("Kohl's") and SHARKNINJA SALES COMPANY, SHARKNINJA MANAGEMENT COMPANY, SHARKNINJA MANAGEMENT LLC, and SHARKNINJA OPERATING LLC (collectively "SharkNinja"), by and through their respective

counsel of record, stipulate, agree and hereby request that the Court extend the deadlines for Plaintiff to Respond to Defendant SharkNinja's Motion to Exclude Expert Testimony of Sterling Anthony. Defendant's motion was filed on April 18, 2024, and the hearing on said motion is not yet scheduled.

The parties stipulate, agree and request that the Court enter an Order stating the new due date for Plaintiff's Opposition be May 9, 2024.

| | |
|---|---|
| Dated this 6th day of May, 2024. | Dated this 7th day of May, 2024. |
| **DEAVER CRAFTON** | **SHOOK HARDY & BACON LLP** |
| /s/ Brice J. Crafton | /s/ Michael T. Hayes |
| BRICE J. CRAFTON, ESQ.<br>Nevada Bar No. 10558<br>810 E. Charleston Blvd.<br>Las Vegas, Nevada 89104<br>*Attorneys For Shirley Fletcher* | Michael T. Hayes, Esq.<br>Missouri Bar No. 71922 (PHV)<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>*Attorney for SharkNinja* |

Dated this 9th day of May, 2024.

**LEWIS BRISBOIS**

/s/ Micah Mtatabikwa-Walker

Micah Mtatabikwa-Walker, Esq.
Nevada Bar No. 13731
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
*Attorneys For Defendant Kohl's Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 17, 2024

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT SHARKNINJA'S MOTION TO EXCLUDE EXPERT TESTIMONY OF STERLING ANTHONY** will be served on counsel of record this 9th day of May, 2024, using the Court's CM/ECF System.

*/s/ Val G. Lopez*
An employee of DEAVER | CRAFTON