JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.Aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.Avakian@lewisbrisbois.com
MICAH K. MTATABIKWA-WALKER
Nevada Bar No. 13731
Micah.Mtatabikwa-Walker@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendant KOHL'S, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WENDY GREER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KOHL'S, INC., a foreign corporation; SHARKNINJA SALES COMPANY, a foreign corporation; SHARKNINJA MANAGEMENT COMPANY, a foreign corporation; SHARKNINJA MANAGEMENT LLC, a foreign corporation; SHARKNINJA OPERATING LLC, a foreign corporation; DOE EMPLOYEE; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-00871-JCM-NJK<br><br>**GLOBAL STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff WENDY GREER ("Plaintiff"), by and through her counsel of record, Brice J. Crafton, Esq., and Colton James Wilstead, Esq., of DEAVER CRAFTON; Defendants SHARKNINJA SALES COMPANY, SHARKNINJA MANAGEMENT COMPANY, SHARKNINJA MANAGEMENT LLC and SHARKNINJA OPERATING LLC, by and through their counsel of record, Chad R. Fears, Esq., and Hayley E. LaMorte, Esq., of EVANS FEARS SCHUTTERT MCNULTY

141529057.1

1  MICKUS; and Defendant KOHL'S, INC. ("Defendant"), by and through its counsel of record,
2  Josh Cole Aicklen, Esq., David B. Avakian, Esq. and Micah K. Mtatabikwa-Walker, Esq. of
3  LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of
4  action and any and all related cross-claims or potential cross-claims should be dismissed
5  with prejudice.
6      IT IS FURTHER STIPULATED AND AGREED that the parties shall bear their own
7  attorneys' fees and costs.

| EVANS FEARS SCHUTTERT MCNULTY MICKUS | DEAVER \| CRAFTON |
|---|---|
| /s/ Michael Hayes, Esq.    10/07/2024 | /s/ Brice J. Crafton, Esq.    10/07/2024 |
| Chad R. Fears, Esq. (SBN 6970) | Brice J. Crafton, Esq. (SBN 10558) |
| Hayley E. LaMorte, Esq. (SBN 14241) | Colton James Wilstead, Esq. (SBN 16024) |
| 6720 Via Austi Parkway, Suite 300 | 810 E. Charleston Blvd. |
| Las Vegas, NV 89119 | Las Vegas, NV 89104 |
| *Attorneys for Defendants SharkNinja Sales Company, SharkNinja Management Company, SharkNinja Management LLC, and SharkNinja Operating LLC* | *Attorneys for Plaintiff Wendy Greer* |

LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Micah K. Mtatabikwa-Walker, Esq  10/07/2024
Josh Cole Aicklen, Esq. (SBN 7254)
David B. Avakian, Esq. (SBN 9502)
Micah K. Mtatabikwa-Walker, Esq. (SBN 13731)
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Kohl's Inc.*

IT IS SO ORDERED.

*[signature: James C. Mahan]*

UNITED STATES DISTRICT COURT JUDGE

DATED: October 9, 2024



**Nereida Aguas | Litigation Assistant**

Phone:   (702) 385-5969
Email:   Neri@ThePIPros.com
Address: 810 E Charleston Blvd.
         Las Vegas, NV 89104

[Quoted text hidden]

---

**Brice Crafton** <brice@thepipros.com>    Tue, Sep 24, 2024 at 9:05 AM
To: Nereida Montes <neri@thepipros.com>
Cc: Cole Wilstead <cole@thepipros.com>

submit it

**Brice J. Crafton, Esq. | Managing Partner & Owner**

Phone:   (702) 385-5969
Mobile:  (702) 956-1972
Email:   Brice@ThePIPros.com
Address: 810 E Charleston Blvd.
         Las Vegas, NV 89104

[Quoted text hidden]

---

**Nereida Montes** <neri@thepipros.com>    Tue, Sep 24, 2024 at 9:13 AM
To: "Hayes, Michael (SHB)" <MHAYES@shb.com>
Cc: Brice Crafton <brice@deavercrafton.com>, Cole Wilstead <cole@deavercrafton.com>

Good morning Mr. Hayes,

Please see attached and let me know if I may submit with the e-signatures.

Thank you,

**Nereida Aguas | Litigation Assistant**

Phone:   (702) 385-5969
Email:   Neri@ThePIPros.com
Address: 810 E Charleston Blvd.
         Las Vegas, NV 89104

[Quoted text hidden]

📄 **2024 0924 - Greer. vs. Kohl's et al.pdf**
105K

---

**Hayes, Michael (SHB)** <MHAYES@shb.com>    Tue, Sep 24, 2024 at 10:0
To: Nereida Montes <neri@thepipros.com>
Cc: Brice Crafton <brice@deavercrafton.com>, Cole Wilstead <cole@deavercrafton.com>

Good from our end. If David/Micah/Josh have signed off then it is good to file.

Thanks.

---

**From:** Nereida Montes <neri@thepipros.com>
**Sent:** Tuesday, September 24, 2024 11:13 AM
**To:** Hayes, Michael (SHB) <MHAYES@shb.com>
**Cc:** Brice Crafton <brice@deavercrafton.com>; Cole Wilstead <cole@deavercrafton.com>
**Subject:** Re: Wendy Greer v. Kohl's et al. Release [override]

**EXTERNAL**

Good morning Mr. Hayes,

Please see attached and let me know if I may submit with the e-signatures.

Thank you,

  Nereida Montes <neri@thepipros.com>

## Greer v. Kohl's et al SAO
2 messages

**Nereida Montes** <neri@thepipros.com>  Tue, Sep 24, 2024 at 10:07 AM
To: "Mtatabikwa-Walker, Micah" <Micah.Walker@lewisbrisbois.com>, "Avakian, David" <David.Avakian@lewisbrisbois.com>, "Aicklen, Josh Cole" <josh.aicklen@lewisbrisbois.com>
Cc: Brice Crafton <brice@thepipros.com>, Cole Wilstead <cole@thepipros.com>

Good morning counsel,

We have Sharkninja's approval to e-sign the SAO below, may we have yours as well to file?



**Nereida Aguas | Litigation Assistant**

| Phone:   | **(702) 385-5969** |
|----------|--------------------|
| Email:   | **Neri@ThePIPros.com** |
| Address: | **810 E Charleston Blvd.** |
|          | **Las Vegas, NV 89104** |

📄 **2024 0924 - Greer. vs. Kohl's et al.pdf**
105K

---

**Mtatabikwa-Walker, Micah** <Micah.Walker@lewisbrisbois.com>  Tue, Sep 24, 2024 at 10:12 AM
To: Nereida Montes <neri@thepipros.com>, "Avakian, David" <David.Avakian@lewisbrisbois.com>, "Aicklen, Josh Cole" <Josh.Aicklen@lewisbrisbois.com>
Cc: Brice Crafton <brice@thepipros.com>, Cole Wilstead <cole@thepipros.com>, "Mtatabikwa-Walker, Micah" <Micah.Walker@lewisbrisbois.com>

Yes, thanks.



**Micah K. Mtatabikwa-Walker**
Partner
**Micah.Walker@lewisbrisbois.com**

**T: 702.693.4308 F: 702.366.9563**

6385 South Rainbow Blvd., Suite 600, Las Vegas, NV 89118 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**From:** Nereida Montes <neri@thepipros.com>
**Sent:** Tuesday, September 24, 2024 10:07:45 AM
**To:** Mtatabikwa-Walker, Micah <Micah.Walker@lewisbrisbois.com>; Avakian, David <David.Avakian@lewisbrisbois.com>; Aicklen, Josh Cole <Josh.Aicklen@lewisbrisbois.com>